[No. 22889-4-III.   Division Three.   January 12, 2006.]

TATAYANA GONCHARUK ET AL., *Appellants,* v. SHAWN D.
BARRONG ET AL., *Defendants,* MARK MACFARLANE
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-00125-7, James M. Murphy, J., entered March 23, 2004. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 23298-1-III.   Division Three.   January 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANASTASIA J.
CONNOR, *Appellant.*

Appeal from a judgment of the Superior Court for Ferry County, No. 03-1-00022-1, Rebecca M. Baker, J., entered August 13, 2004. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Brown, J.

[No. 23315-4-III.   Division Three.   January 12, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. TOD SHELBY
CORDER, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-01191-0, Robert G. Swisher, J., entered August 13, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.

[No. 53474-2-I.   Division One.   January 17, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. IVOR JAMES
THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 00-1-01828-9, LeRoy McCullough, J., entered September 25, 2003. *Affirmed* by unpublished per curiam opinion.